No.  25-5866

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
May 12, 2026
KELLY L. STEPHENS, Clerk
```

COMMONWEALTH OF KENTUCKY, ex rel.  )
Russell Coleman, Attorney General,           )
                                                             )
          Plaintiff - Appellee,                        )
                                                             )
v.                                                           )          O R D E R
                                                             )
EXPRESS SCRIPTS, INC., et al.,                )
                                                             )
          Defendants - Appellants.              )

The defendants appeal an order remanding a civil action that they removed to the district court under the federal officer removal statute.  On the plaintiff's motion, the clerk previously held further briefing in this matter in abeyance pending the Supreme Court's disposition of *Chevron USA Inc. v. Plaquemines Parish, LA* (No. 24-813).  The opinion in *Plaquemines* has issued, and the parties jointly move for a briefing schedule.

Upon review, the joint motion is GRANTED, and the briefing abeyance in this matter is LIFTED.  The clerk will issue a new briefing schedule by separate letter.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk